**Dudley POTTER, Appellant, v. The UNION CENTRAL LIFE INSURANCE COMPANY and Daniel Searles, Appellees.**

No. 8002.

Circuit Court of Appeals, Sixth Circuit.

March 13, 1940.

Elmer McClain, of Lima, Ohio, for appellant.

Bowman & Hanna, of Bowling Green, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause having been restored to the docket for further proceedings, pursuant to mandate of the Supreme Court heretofore filed, 60 S.Ct. 292, 84 L.Ed. ——, and the court having considered the stipulation of counsel filed herein, it is therefore ordered that the motion filed in this cause by appellees to vacate any and all proceedings had under the Frazier-Lemke Act, Section 75, 11 U.S.C.A. § 203, is not well taken and the same is hereby overruled, and the decision of the Special Master in the District Court and the decision of the District Court be, and the same are hereby, reversed and their judgment vacated, set aside and held for naught, and this case is hereby remanded to the District Court for further proceedings in said court.

**Henry W. TAFT and Julia W. S. Taft, Petitioners, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

No. 234.

Circuit Court of Appeals, Second Circuit.

April 22, 1940.

Cadwalader, Wickersham & Taft, of New York City (Henry W. Taft and Clarence Castimore, both of New York City, of counsel), for the petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Robert N. Anderson, Sp. Assts. to Atty. Gen., for the respondent.

Before L. HAND, AUGUSTUS N. HAND and PATTERSON, Circuit Judges.

PER CURIAM.

Order affirmed upon the authority of Pierce v. Commissioner of Internal Revenue, 2 Cir., 100 F.2d 397, 121 A.L.R. 647.

**UNION ASSURANCE SOCIETY, Limited, Appellant, v. MIAMI JOCKEY CLUB, Appellee.**

No. 9151.

Circuit Court of Appeals, Fifth Circuit.

April 19, 1940.

For former opinion, see 110 F.2d 81.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

Since neither of the judges concurring in the opinion desires a rehearing in the above numbered and entitled cause, it is ordered that the petition for a rehearing be, and it is hereby, denied.